**John McCREA v. Arthur P. NONWEILER, Appellant.**

**No. 8374.**

Circuit Court of Appeals, Third Circuit.

Argued Oct. 20, 1944.

Decided Oct. 31, 1944.

Harold E. McCamey, of Pittsburgh, Pa. (Dickie, Robinson & McCamey, of Pittsburgh, Pa., on the brief), for appellant.

George Walter Smith, of Pittsburgh, Pa. (George D. Wick and Campbell, Wick, Houck & Thomas, all of Pittsburgh, Pa., on the brief), for appellee.

Before GOODRICH and McLAUGH-LIN, Circuit Judges, and BARD, District Judge.

PER CURIAM.

The judgment of the District Court, 58 F.Supp. 79, is affirmed.

**Sallie Ward BERETTA, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 10622.**

Circuit Court of Appeals, Fifth Circuit.

Dec. 13, 1944.

John J. Cox, of San Antonio, Tex., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Rollin H. Transue, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before SIBLEY, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

Pursuant to the motion of the Commissioner of Internal Revenue, filed herein on December 13, 1944, to enter the same judgment in the above entitled and numbered cause as was entered by this Court on March 3, 1944, in the case of No. 10621, John K. Beretta, Petitioner, v. Commissioner of Internal Revenue, Respondent, 5 Cir., 141 F.2d 452;

It is now here ordered, adjudged, and decreed by this Court that the decision of the Tax Court of the United States, 1 T.C. 86, in this cause be, and the same is hereby, affirmed.

**CITY OF ALBUQUERQUE v. Herbert C. HELLER.**

**No. 3073.**

Circuit Court of Appeals, Tenth Circuit.

Dec. 14, 1944.

· Joseph L. Dailey, City Atty., of Albuquerque, N. M., for appellant.

Kiker & Sanchez, of Santa Fe, N. M., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on joint motion of parties.